IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:12MJ179 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES E. CHAMBERS, | ) | |
| | ) | |
| Defendant. | | |

  The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

  **IT IS ORDERED:**

  The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter.  In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter.  In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

  **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f).  At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

  **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 25th day of June, 2012.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge